ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 27 1999
NANCY DOHERTY, CLERK
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| VS. | *  Civil No. 4:99CV0222-E |
| DAVID W. JOHNSON, | * |
| Defendant, | * |

### JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that the United States have judgment against said defendant, for the sum of $9,673.01, with interest thereon from date of this judgment at the rate of 4.879 % per annum and compounded annually until paid, and all costs of suit, for all of which plaintiff may have its execution.

SIGNED this 27th day of May, 1999.

_____
UNITED STATES DISTRICT JUDGE